AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 30 2018

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| United States of America<br>v.<br>Kyle Thomas<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 5:18 MJ-5041-001 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 24, 2018** in the county of **Washington** in the **Western** District of **Arkansas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA TFO Shannon Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/30/18

_____
*Judge's signature*

City and state: Fayetteville, Arkansas    United States Magistrate Judge Erin L. Wiedemann
*Printed name and title*

## AFFIDAVIT

I, Shannon Smith, Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) being first duly sworn, do herby depose and state as follows:

## INTRODUCTION

1. I am a Detective with the Washington County Sheriff's Office and I am currently assigned as a Task Force Officer (TFO) to the United States Department of Justice Drug Enforcement Administration (DEA). I have been so appointed since December of 2018. Prior to being appointed as a Task Force Officer, I was assigned to the Criminal Investigations Division at the Washington County Sheriff's Office. During my employment, I have personally conducted or assisted in numerous investigations of criminal violations of the Controlled Substances Act and federal drug trafficking statutes. Many of these investigations have also focused on organizations who have distributed, manufactured, or derived income from illegal sources, specifically from the unlawful distribution of methamphetamine, marijuana, and other controlled substances. The statements contained in this affidavit are based on investigative efforts of this affiant, other law enforcement officials, and on my experience and background as a Task Force Officer with the DEA.

2. This affidavit is being submitted in support of a criminal complaint for Kyle THOMAS. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## SUMMARY

1. On October 24, 2018, Detective Nelson Henriquez of the Fourth Judicial Drug Task Force received information from a Confidential Source (here after referred to as "the CS") that Kyle THOMAS was distributing large quantities of crystal methamphetamine in Fayetteville Arkansas. Henriquez utilizing this CS conducted a controlled purchase of approximately 3.5 grams of crystal methamphetamine from Kyle THOMAS on October 24, 2018.

2. On October 24, 2018, The Fourth Judicial Drug Task Force had received information that Kyle THOMAS was en-route to Little Rock Arkansas to purchase a large quantity of methamphetamine and had established surveillance on him as THOMAS as he traveled to Little Rock. Surveillance was maintained on THOMAS until he returned to Northwest Arkansas. The vehicle that THOMAS was observed crossing the fog line and was subsequently stopped for a traffic violation on I-49 near the Wedington Exit. During the stop, Fayetteville Police K-9 Officer, Jason Bailey, deployed his canine around the vehicle resulting in an alert for the presence of a controlled substance. During a search of the vehicle, a lunch box type container was found to conceal approximately 141.9 grams of crystal methamphetamine, a small amount of marijuana, marijuana wax, drug paraphernalia and documents belonging to Kyle THOMAS. Detective Charles McIlroy of the Fourth Judicial Drug Task Force advised THOMAS of his Miranda Rights. THOMAS acknowledged that he understood his rights and admitted the items in the lunch box, where his documents were found, were his. The suspected narcotic was field tested and yielded a positive reaction for methamphetamine.

Shannon Smith, Task Force Officer
Drug Enforcement Administration

AFFIDAVIT subscribed and sworn to before me this __30th__ day of October, 2018.

_____
Erin L. Wiedemann
United States Magistrate Judge